**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | **Docket No.:  0972 1:08CR00030-001** |
| Peter Vongxay ) | |
| ) | |
| ) | |

On June 7, 2013, the above-named started a 3-year term of Supervised Release for a violation 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.  Assistant United States Attorney Kevin P. Rooney does not object to early termination.

Respectfully submitted,

/s/ Ross Micheli

Ross Micheli
United States Probation Officer

Dated:   December 24, 2014
         Fresno, California
         rm

             /s/ Tim Mechem
**REVIEWED BY:   Tim Mechem**
               **Supervising United States Probation Officer**

**Re:  Peter Vongxay**
    **Docket No:  0972 1:08CR00030-001**
    **Report and Order Terminating Supervised Release**
    **Prior to Original Expiration Date**

---

# ORDER OF COURT

Pursuant to the above report, it is ordered that Peter Vongxay be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:  **December 31, 2014**          /s/ Lawrence J. O'Neill
                                                                            UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation

cc:   AUSA (NAME) – Kevin P. Rooney
       Supervisee - Peter Vongxay